UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Justin Spiehs,
    Plaintiff

vs.                                           Civil Action No. 5:25-cv-04117

Topeka & Shawnee County
Public Library; Greg Gaul, in his individual
Capacity; and Melisa Stiehler, in her
Individual capacity,
    Defendants.

**Motion to Strike**
**Pursuant to F.R.C.P. 12(f)**

**Comes now** Topeka & Shawnee County Public Library, and in support of its Motion to Strike, states:

1. Plaintiff filed his Complaint on December 11, 2025.

2. Topeka & Shawnee County Public Library (TSCPL), based on belief, was served with the Complaint on December 22, 2025.

3. Paragraph 7 of the Complaint suggests video recording of events and a sworn statement attached to the Complaint are incorporated by reference.

4. No video recording is attached to the Complaint, therefore denying TSCPL the opportunity to answer the allegations in the Complaint that rely on the video.

1

5. The sworn statement attached to the Complaint is not verified, not sworn, contains over 33 single-spaced pages relating to events totally not related to the events of August 30, 2025, nor the Counts spread in the Complaint. Instead, the statement relates to the Plaintiff's behavior and experiences at the Topeka Police Department and/or Shawnee County Department of Corrections beginning June 14, 2025, and after September 5, 2025.

6. Pursuant to F.R.C.P. 12(f) the statement from the Plaintiff must be stricken as immaterial and an impertinent matter to the facts and issues of the Complaint.

Wherefore, Topeka & Shawnee County Public Library prays for an Order of the Court striking the sworn statement and requiring delivery of the video recording, and for such other relief as is just and equitable.

Respectively submitted,

s/Charles T. Engel
Charles T. Engel, S.Ct.No. 12304
ENGEL LAW, P.A.
800 SW Jackson, Suite 1000
Topeka, Kansas 66612
785-233-6700/785-233-6701
chuck@engellawpa.com

## Certificate of Service

I do solemnly swear that on this 12th day of January 2026, I caused the above Motion to Strike to be filed with the Clerk of the Court via the CM/ECF system

2

and deposited in the United States Postal Service first-class postage prepaid for delivery as follows:

Linus L. Banker
6732 West 185th Terrace
Stilwell, Kansas 66085-8922.

Charles T. Engel