IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN SPIEHS,<br><br>Plaintiff,<br><br>v.<br><br>TOPEKA & SHAWNEE COUNTY PUBLIC LIBRARY, GREG GAUL, In his individual capacity, and MELISA STIEHLER, in her Individual capacity,<br><br>Defendants. | ) | Case No. 5:25-cv-04117 |

**<u>DEFENDANT GREG GAUL'S MOTION TO DISMISS</u>**

Defendant Greg Gaul, by and through counsel Lawarence Logback and Kemper Ramey of Simpson, Logback, Lynch, Norris, P.A., hereby moves for dismissal of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The legal arguments and authorities supporting this Motion are more fully set out in Defendant's *Memorandum in Support*, filed contemporaneously herewith and incorporated by reference as though fully set forth herein.

WHEREFORE, Defendant Greg Gaul respectfully moves the Court for an Order dismissing the claims against him and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: *_/s/ Kemper A. Ramey_*
Lawrence J. Logback, KS #16608
Kemper A. Ramey, KS #29388
10851 Mastin Street, Suite 1000
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
Email: llogback@slln.com
kramey@slln.com
ATTORNEYS FOR DEFENDANTS
TOPEKA & SHAWNEE COUNTY
LIBRARY AND GREG GAUL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March 2026, the foregoing document was filed using the Electronic Filing System, which will send notice of the electronic filing to all parties of record.

*_/s/ Kemper A. Ramey_*
Kemper A. Ramey, #29388