IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN SPIEHS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-04117 |
| | ) | |
| TOPEKA & SHAWNEE COUNTY PUBLIC LIBRARY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

This will certify that Defendant Greg Gaul's Answers and Objections to Plaintiff's First Interrogatories and Answers and Objections to Plaintiff's First Requests for Production of Documents were sent, via email, this 18th day of September, 2026, to: Linus L. Baker, 6732 West 185th Terrace, Stillwell, KS 66085-8922, linusbaker@prodigy.net.

Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: */s/ Kemper A. Ramey*

Lawrence J. Logback, KS #16608
Kemper A. Ramey, KS #29388
10851 Mastin Street, Suite 1000
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
Email: llogback@slln.com
kramey@slln.com
ATTORNEYS FOR DEFENDANTS
TOPEKA & SHAWNEE COUNTY
LIBRARY AND GREG GAUL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2026, the foregoing document was electronically filed with the Court and sent via electronic mail to:

Linus L. Baker
6732 West 185th Terrace
Stilwell, KS 66085-8922
E-Mail: linusbaker@prodigy.net
Attorney for Plaintiff

*/s/ Kemper A. Ramey*
Attorney for Defendants